1  BRENDA ENTZMINGER
   Nevada Bar No. 9800
2  MELANIE L. THOMAS
   Nevada Bar No. 12576
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 938-1510
5  bentzminger@psalaw.net
   mthomas@psalaw.net
6  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
7
                        UNITED STATES DISTRICT COURT
8
                              DISTRICT OF NEVADA
9

10 | MARIA ORGANIS-SERRANO and PABLO BARRIENTOS, INDIVIDUALLY, | Case No.: 2:16-cv-00662-KJD-GWF |
|---|---|
11 | Plaintiff, | **ORDER TO REMAND TO COURT ANNEXED ARBITRATION PROGRAM** |
12 | v. | |
13 | WAL-MART STORES, INC.; DOES I through V, inclusive and ROE corporations I through V, inclusive, | |
14 | | |
15 | Defendants. | |

16   Defendant, WAL-MART STORES, INC., by and through its attorneys of record, PHILLIPS,

17 SPALLAS & ANGSTADT, LLC, and Plaintiffs, MARIA ORGANIS-SERRANO and PABLO

18 BARRIENTOS, by and through their attorneys of record, DONN PROKOPIUS, do hereby stipulate to

19 remand this matter to the Court Annexed Arbitration Program in the Eighth Judicial District Court of

20 Clark County, Nevada without prejudice.

21   Plaintiffs do not dispute the existence of diversity of citizenship of the parties in this matter. This

22 stipulation to remand is based on Plaintiffs' averment that the amount in controversy will not exceed

23 $50,000 total.  The parties hereby stipulate that this matter be remanded to the Court Annexed

24 Arbitration Program in the Eighth Judicial District Court and, therefore, seek an order by this Court

25 remanding this matter and capping Plaintiffs' recovery at $50,000.00.

26 ///

27 ///

28 ///

Defendant reserves the right to Remove this matter back to Federal Court should new evidence or damages be presented that the jurisdictional limit of $75,000.00 would be satisfied.

DATED this ___ day of September, 2016.            DATED this ___ day of September, 2016.

**DONN W. PROKOPIUS & ASSOCIATES**                **PHILLIPS, SPALLAS & ANGSTADT LLC**

*Donn W. Prokopius*                               *Melanie L. Thomas*

DONN W. PROKOPIUS, ESQ.                           MELANIE L. THOMAS
Nevada Bar No. 6460                               Nevada Bar No. 12576
1321 Maryland Parkway                             504 South Ninth Street
Las Vegas, NV 89104                               Las Vegas, Nevada 89101
Donn@pandblawyers.com

*Attorneys for Plaintiffs*                        *Attorneys for Defendant*
                                                  *Wal-Mart Stores, Inc.*

## ORDER

IT IS SO ORDERED.

DATED this __12th__ day of September, 2016

_____
**UNITED STATES DISTRICT JUDGE
KENT J. DAWSON**

Respectfully submitted by,

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*Melanie L. Thomas*

_____
Melanie L. Thomas
Nevada Bar No. 12576
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*